

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00023-CV

WHITEHEAD 633, LTD. AND                                          APPELLANTS
WHITEHEAD 633 I, LLC

V.

AUTHENTIC CONTRACTING                                            APPELLEE
SOLUTIONS, LLC

------------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 153-248794-10

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

It has come to the court's attention that the bankruptcy proceedings involving Whitehead 633 I, LLC and Whitehead 633, Ltd. have been dismissed. Therefore, on the court's own motion, we reinstate the appeal. *See* 11 U.S.C.A. § 362(c)(2)(B) (West 2015); Tex. R. App. P. 8.2.

---

[1]*See* Tex. R. App. P. 47.4.

We have considered "Appellants' Unopposed Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  BIRDWELL, J.; SUDDERTH, C.J.; and WALKER, J.

DELIVERED:  May 3, 2018